# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-888-CMA

PRISCILLA MARTINEZ,

    Plaintiff,

    v.

PROPERTIES OF THE SUMMIT JOINT VENTURE, R.L.L.P. d/b/a RE/MAX PROPERTIES OF THE SUMMIT, a Colorado Limited Liability Partnership; and

CONNIE ANGELL,

    Defendants.

---

## Joint Stipulation of Dismissal with Prejudice
_____

Plaintiff Priscilla Martinez and Defendants Properties of the Summit Joint Venture d/b/a RE/MAX Properties of the Summit and Connie Angell, by and through their undersigned counsel, HEREBY STIPULATE to dismissal of all claims WITH PREJUDICE pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own fees and costs.

Dated: April 28, 2021

| | |
|---|---|
| *s/ Felipe Bohnet-Gomez* | *s/ Stephen Rotter* |
| Felipe Bohnet-Gomez | Stephen Rotter |
| RATHOD \| MOHAMEDBHAI LLC | THE WORKPLACE COUNSEL |
| 2701 Lawrence Street, Suite 100 | 1401 Lawrence Street, Suite 1600 |
| Denver, CO 80205 | Denver, CO 80202 |
| (303) 578-4400 | (303) 625-6400 |
| fbg@rmlawyers.com | stephen@theworkplacecounsel.com |
| *Attorneys for Plaintiff Priscilla Martinez* | *Attorneys for Defendants Properties of the Summit, RLLP and Connie Angell* |

1